United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OSANITSCH, | No. C 05-03988 CRB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MARCONI PLC, et al., | |
| Defendants. | |

Now before the Court are defendant's motion to dismiss and plaintiff's motion to remand. For the reasons stated in open court on February 3, 2006, the motion to dismiss is hereby GRANTED and the motion to remand is DENIED.

The Court finds that the Section 304 Order in United States Bankruptcy Court in the Southern District of New York permanently enjoins plaintiff from filing this claim in any other court. A permanent injunction under 11 U.S.C. section 304 is not analogous to the automatic stay provision of 11 U.S.C. section 362, which is designed to delay other actions to allow the bankruptcy court time to create a resolution scheme. The order pursuant to section 304, however, pertains to such a resolution scheme and is designed to ensure that all interested parties act in accordance with the Scheme of Administration. Therefore case law relied upon by plaintiff regarding section 362 is inapposite and unpersuasive. The permanent injunction issued by the bankruptcy court bars this action. Defendant's motion to dismiss is GRANTED without prejudice to plaintiff re-filing the action in bankruptcy court.

**IT IS SO ORDERED.**

Dated: February 10, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE