IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN OSANITSCH,           No. C 05-03988 CRB

    Plaintiff,           **ORDER**

  v.

MARCONI PLC, et al.,

    Defendants.

    This matter comes before the Court on remand from the Ninth Circuit Court of Appeals, which vacated a prior order of dismissal. The Court hereby determines that the Bankruptcy Court in the Southern District of New York has modified the scope of its Section 304 Injunction, so that Plaintiff may proceed on his claim in this Court. Plaintiff shall have leave to file an amended complaint by December 19, 2008.

**IT IS SO ORDERED.**

Dated: November 14, 2008           CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3988\ORDER proceed.wpd


1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California