1  Matthew G. Ball (SBN 208881)
   matthew.ball@klgates.com
2  Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
3  Jas S. Dhillon (SBN 252842)
   jas.dhillon@klgates.com
4  K&L GATES LLP
   Four Embarcadero Center, 12th Floor
5  San Francisco, CA 94111
   Telephone: (415) 882-8200
6  Fax: (415) 882-8220

7  Attorneys for Defendant MARCONI PLC

8

9              UNITED STATES DISTRICT COURT FOR THE

10         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11
                                          Case No. 3:05-cv-03988-CRB
12 JOHN OSANITSCH,
                                          **JOINT STIPULATION EXTENDING TIME
13         Plaintiff,                     TO ANSWER OR OTHERWISE RESPOND
                                          TO THE FIRST AMENDED COMPLAINT**
14     vs.

15 MARCONI PLC, MARCONI ACQUISITION
   SUB, INC., MARCONI COMMUNICATIONS,
16 TELEPHON AB L.M. ERICCSON and
   TELENT LTD.,
17
           Defendants.
18

---

**JOINT STIPULATION TO EXTEND TIME TO ANSWER**
Case No. 3:05-cv-03988-CRB

Plaintiff John Osanitsch ("Osanitsch") and Defendant Marconi PLC by and through their respective attorneys of record, hereby stipulate to allow Defendants an extension, pursuant to L.R. 6-1(a) and 7-12, to answer or otherwise respond to the First Amended Complaint. Plaintiff and Marconi PLC have agreed that Marconi PLC must file an answer or otherwise respond to the First Amended Complaint by Friday, January 30, 2009.

K&L GATES LLP

Dated: January 23, 2009

/s/ Harold Davis
Matthew G. Ball
Harold H. Davis, Jr.
Jas S. Dhillon
Attorneys for Defendant MARCONI PLC

THE LAW OFFICES OF JAMES JAY SELTZER

Dated: January 23, 2009

Timothy D. Murphy
Attorney for Plaintiff John Osanitsch



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

1
JOINT STIPULATION TO EXTEND TIME TO ANSWER
Case No. 3:05-cv-03988-CRB