1  Matthew G. Ball (SBN 208881)
   matthew.ball@klgates.com
2  Harold H. Davis, Jr. (SBN 235552)
3  harold.davis@klgates.com
   Jas S. Dhillon (SBN 252842)
4  jas.dhillon@klgates.com
   K&L GATES LLP
5  Four Embarcadero Center, 12th Floor
   San Francisco, CA 94111
6  Tel: (415) 882-8200
7  Fax: (415) 882-8220

8  Attorneys for Defendants MARCONI PLC,
   MARCONI COMMUNICATIONS and
9  TELENT LTD.

10
                  UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14 | JOHN OSANITSCH,                          | Case No. 3:05-cv-03988 (CRB)
15 |         Plaintiff,                       | **STIPULATION AND [PROPOSED ORDER] TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
16 |     vs.                                  |
17 | MARCONI PLC; MARCONI ACQUISITION
18 | SUB, INC., MARCONI
   | COMMUNICATIONS; TELEPHON AB L.M.
19 | ERICCSON; and TELENT LTD.,
20 |         Defendants.

21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No. 3:05-cv-03988 CRB

1    On September 29, 2009, Plaintiff's counsel and Defendants' counsel met and conferred
2  regarding the continuance of the Motion for Summary Judgment hearing. Pursuant to their meet and
3  confer, the parties have agreed and stipulate to a continuance of the hearing date on Defendants'
4  Motion for Summary Judgment from October 23, 2009 to ~~October 30, 2009~~ November 6, 2009 at 10:00 a.m. or as soon thereafter as is
5  available for the Court.

K&L GATES LLP

Dated: September 29, 2009    By:  /s/ Harold H. Davis
                                  Matthew G. Ball     (SBN 208881)
                                  matt.ball@klgates.com
                                  Harold H. Davis     (SBN 235552)
                                  harold.davis@klgates.com
                                  Jas S. Dhillon      (SBN 252842)
                                  jas.dhillon@klgates.com
                                  Attorneys for Defendant MARCONI PLC

THE LAW OFFICES OF JAMES J. SELTZER

Dated: September 29, 2009    By:  /s/ Timothy D. Murphy
                                  Timothy Murphy

                                  Attorney for Plaintiff JOHN OSANITSCH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 1, 2009
                             The Honorable Judge Charles R. Breyer

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT