1  Matthew G. Ball (SBN 208881)
   matthew.ball@klgates.com
2  Harold H. Davis, Jr. (SBN 235552)
3  harold.davis@klgates.com
   Jas S. Dhillon (SBN 252842)
4  jas.dhillon@klgates.com
   K&L GATES LLP
5  Four Embarcadero Center, 12th Floor
   San Francisco, CA 94111
6  Tel: (415) 882-8200
7  Fax: (415) 882-8220

8  Attorneys for Defendants MARCONI PLC,
   MARCONI COMMUNICATIONS and
9  TELENT LTD.

10
11                   UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13                       SAN FRANCISCO DIVISION

14  JOHN OSANITSCH,                    | Case No. 3:05-cv-03988 (CRB)
15        Plaintiff,                   | STIPULATION AND [PROPOSED]
                                       | ORDER] TO CONTINUE HEARING
16        vs.                          | DATE ON DEFENDANTS' MOTION
                                       | FOR SUMMARY JUDGMENT
17  MARCONI PLC; MARCONI ACQUISITION
18  SUB, INC., MARCONI
    COMMUNICATIONS; TELEPHON AB L.M.
19  ERICCSON; and TELENT LTD.,
20        Defendants.

21
22
23
24
25
26
27
28

1   On September 29, 2009, Plaintiff's counsel and Defendants' counsel met and conferred
2   regarding the continuance of the Motion for Summary Judgment hearing. Pursuant to their meet and
3   confer, the parties have agreed and stipulate to a continuance of the hearing date on Defendants'
4   Motion for Summary Judgment from October 23, 2009 to ~~October 30, 2009~~ November 6, 2009 at 10:00 a.m. or as soon thereafter as is
5   available for the Court.

6
7                                                K&L GATES LLP

8   Dated: September 29, 2009        By:   /s/ Harold H. Davis
                                            Matthew G. Ball        (SBN 208881)
9                                           matt.ball@klgates.com
                                            Harold H. Davis        (SBN 235552)
10                                          harold.davis@klgates.com
                                            Jas S. Dhillon         (SBN 252842)
11                                          jas.dhillon@klgates.com
                                            Attorneys for Defendant MARCONI PLC
12
13
14                                           THE LAW OFFICES OF JAMES J.
                                             SELTZER
15
16  Dated: September 29, 2009         By:   /s/ Timothy D. Murphy
                                             Timothy Murphy
17
18                                           Attorney for Plaintiff JOHN OSANITSCH
19
20  PURSUANT TO STIPULATION, IT IS SO ORDERED.
21
22  Dated: ___October 1, 2009___            IT IS SO ORDERED
                                            The Honorable Judge Charles R. Breyer
23
24
25
26
27
28

- 1 -
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT