1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSANITSCH,

        Plaintiff,

   v.

MARCONI PLC ET AL.,

        Defendant.
_____/

No. CV 05-3988 CRB

**ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND EXPERT
REPORT DEADLINES AND
VACATING HEARING**

     The Court is in receipt of Defendants' motion to extend expert report deadlines and
Plaintiff's opposition.  The Court concludes that oral argument is unnecessary as to this
motion, and the hearing is hereby VACATED.  The motion is hereby GRANTED in part and
DENIED in part as moot.

     It is hereby ORDERED that parties with the burden of proof shall exchange initial
expert reports on October 30.

     It is further ORDERED that the parties shall exchange expert rebuttal reports no later
than November 20.

     It is further ORDERED that expert discovery will close on December 14, 2009.

     Defendants' request that this Court continue the hearing on Defendants' Motion for
Summery Judgment is DENIED as moot.

///

**IT IS SO ORDERED.**


Dated: October 8, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE