IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSANITSCH,<br><br>        Plaintiff,<br><br>  v.<br><br>MARCONI PLC ET AL.,<br><br>        Defendant.<br>_____/ | No. CV 05-3988 CRB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND EXPERT REPORT DEADLINES AND VACATING HEARING** |

       The Court is in receipt of Defendants' motion to extend expert report deadlines and Plaintiff's opposition. The Court concludes that oral argument is unnecessary as to this motion, and the hearing is hereby VACATED. The motion is hereby GRANTED in part and DENIED in part as moot.

       It is hereby ORDERED that parties with the burden of proof shall exchange initial expert reports on October 30.

       It is further ORDERED that the parties shall exchange expert rebuttal reports no later than November 20.

       It is further ORDERED that expert discovery will close on December 14, 2009.

       Defendants' request that this Court continue the hearing on Defendants' Motion for Summery Judgment is DENIED as moot.

///

**IT IS SO ORDERED.**

Dated: October 8, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE