United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OSANITSCH, | No. C 05-3988 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARCONI PLC et al., | |
| Defendant. | |

The Court, having granted Defendants' Motion for Summary Judgment, enters judgment in favor of Defendants and against Plaintiff

**IT IS SO ORDERED.**

Dated: December 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3988\Judgment.wpd