IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OSANITSCH,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCONI PLC et al.,<br><br>    Defendant._____ / | No. C 05-3988 CRB<br><br>**JUDGMENT** |

The Court, having granted Defendants' Motion for Summary Judgment, enters judgment in favor of Defendants and against Plaintiff

**IT IS SO ORDERED.**

Dated: December 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3988\Judgment.wpd