James Jay Seltzer  (S.B.N. 54533)
Timothy D. Murphy (S.B.N. 62226)
THE LAW OFFICES OF JAMES JAY SELTZER
3300 Powell Street
Suite 201
Emeryville, CA  94608

(510) 596-2500

Attorneys For Plaintiff:     John Osanitsch

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN OSANITSCH, | ) | Case No.: 3:05-cv-03988 (CRB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING DATE FOR MOTION TO** |
| | ) | **AWARD ATTORNEY'S FEES AND COSTS**. |
| MARCONI PLC; MARCONI | ) | |
| ACQUISITION SUB, INC.; | ) | *AND ~~PROPOSED~~ ORDER* |
| MARCONI COMMUNICATIONS, | ) | |
| TELEPHON AB L.M. ERICCSON, | ) | |
| And TELENT LTD., | ) | [OLD] HEARING DATE:  February 12, 2010 |
| | ) | [NEW] HEARING DATE: March 12, 2010 |
| Defendants. | ) | TIME:              10:00 a.m. |
| | ) | PLACE:     Judge Charles R. Breyer |
| | | Courtroom 8, 19th Floor |
| | | Federal District Court |
| | | 450 Golden Gate Avenue |
| | | San Francisco, CA  94102 |

4129.02.pstip.cont.hrg.fees.motion.doc

1

STIPULATION TO CONTINUE HEARING DATE FOR                    OSANITSCH v. MARCONI, et.al.
MOTION TO AWARD ATTORNEY'S FEES AND COSTS.                  CV 05-03988 CRB
 *AND PROPOSED ORDER*.

# STIPULATION

In accord with their conference held on January 11, 2010, counsel for Plaintiff and counsel for the Defendants in the above-captioned matter have agreed to stipulate to a continuance of the hearing date on Defendants' pending Motion to Award Attorneys' Fees and Costs, presently scheduled for hearing on February 12, 2010, until March 12, 2010 or as soon thereafter as the Court finds convenient.

Dated: January 12, 2010          THE LAW OFFICES OF JAMES JAY SELTZER

By:   /s/     Timothy D. Murphy
Attorneys for Plaintiff John Osanitsch

Dated: January 12, 2010          K&L GATES, LLP

Harold H. Davis, Esq.
By:          Authorized Verbally
Attorneys for Defendants Marconi PLC, et al.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:   January 21, 2010
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

4129.02. pstip.cont.hrg.fees.motion.doc

2

STIPULATION TO CONTINUE HEARING DATE FOR
MOTION TO AWARD ATTORNEY'S FEES AND COSTS.
 *AND PROPOSED ORDER*.

OSANITSCH v. MARCONI, et.al.
CV 05-03988 CRB