Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
Jas S. Dhillon (SBN 252842)
jas.dhillon@klgates.com
K&L GATES LLP
Four Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant MARCONI PLC,
MARCONI COMMUNICATIONS and
TELENT LTD.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN OSANITSCH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARCONI PLC, MARCONI ACQUISITION SUB, INC., MARCONI COMMUNICATIONS, TELEPHON AB L.M. ERICCSON, TELENT LTD.,<br><br>　　　　　Defendants. | Case No. 3:05-cv-03988-CRB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS MOTION FOR ATTORNEYS' FEES; [~~PROPOSED~~ ORDER]**<br><br>[OLD] HEARING DATE: March 12, 2010<br>[NEW] HEARING DATE: April 9, 2010<br>　　　　　TIME: 10:00 a.m.<br>　　　　　JUDGE: Charles R. Breyer |

On January 5, 2010, Defendants Marconi plc, Marconi Communications, and Telent plc (collectively "Defendants") filed a motion to recover their attorneys' fees pursuant to the Employee Separation Agreement and General Release executed between Plaintiff John Osanitsch ("Osanitsch") and Defendants. On January 15, 2010, Osanitsch and Defendants, collectively, filed a stipulation to continue the hearing date on Defendants' Motion for Attorneys' Fees from February 12, 2010 to March 12, 2010. On January 22, 2010, this Court granted the Stipulation between Osanitsch and Defendants.

After this Court granted the Stipulation, the parties discussed settlement of this action pursuant to the mediation program for the Ninth Circuit Court of Appeals. Osanitsch and Defendants are currently in the process of exchanging drafts of a settlement agreement. In order to allow those discussions to continue and reach final settlement of this action, the parties have agreed, and hereby stipulate, to continue the hearing date on Defendants' Motion for Attorneys' Fees. Accordingly, Osanitsch and Defendants stipulate and agree to continue the hearing date on Defendants' Motion for Attorneys' Fees from March 12, 2010 to April 9, 2010, or as soon thereafter as the Court finds convenient.

| | K&L GATES LLP | |
|---|---|---|
| Dated: March 11, 2010 | By: | /s/Harold H. Davis, Jr. |
| | | Matthew G. Ball (SBN 208881) |
| | | matt.ball@klgates.com |
| | | Harold H. Davis, Jr. (SBN 235552) |
| | | harold.davis@klgates.com |
| | | Jas S. Dhillon (SBN 252842) |
| | | jas.dhillon@klgates.com |

    Attorneys for Defendant MARCONI PLC, MARCONI COMMUNICATIONS and TELENT LTD.

THE LAW OFFICES OF JAMES J. SELTZER

| Dated: March 11, 2010 | By: | /s/Timothy Murphy |
|---|---|---|
| | | Timothy Murphy |

  Attorney for Plaintiff JOHN OSANITSCH

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: March 11, 2010                 The Honorable Charles R. Breyer

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*