Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
Jas S. Dhillon (SBN 252842)
jas.dhillon@klgates.com
K&L GATES LLP
Four Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendant MARCONI PLC,
MARCONI COMMUNICATIONS and
TELENT LTD.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN OSANITSCH,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARCONI PLC, MARCONI ACQUISITION SUB, INC., MARCONI COMMUNICATIONS, TELEPHON AB L.M. ERICCSON, TELENT LTD.,<br><br>        Defendants. | Case No.  3:05-cv-03988-CRB<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES; [**~~PROPOSED ORDER]~~<br><br> [OLD] HEARING DATE: April 30, 2010<br>[NEW] HEARING DATE: May 28, 2010<br>                  TIME: 10:00 a.m.<br>                  JUDGE: Charles R. Breyer |

On January 5, 2010, Defendants Marconi plc, Marconi Communications, and Telent plc (collectively "Defendants") filed a motion to recover their attorneys' fees pursuant to the Employee Separation Agreement and General Release executed between Plaintiff John Osanitsch ("Osanitsch") and Defendants.  On January 15, 2010, Osanitsch and Defendants, collectively, filed a stipulation to continue the hearing date on Defendants' Motion for Attorneys' Fees from February 12, 2010 to March 12, 2010.  On January 22, 2010, this Court granted the Stipulation between Osanitsch and Defendants.  On March 11, 2010, Osanitsch and Defendants filed a second stipulation to further continue the hearing on Defendants' Motion for Attorneys' Fees in order to discuss and finalize settlement of this matter.  On March 11, 2010, this Court granted Defendants' stipulation to move the hearing date from March 12, 2010 to April 9, 2010.  On April 8, 2010, Osanitsch and Defendants filed a third stipulation to further continue the hearing on Defendants' Motion for Attorneys' Fees in order to discuss and finalize settlement of this matter.  On April 9, 2010, this Court granted Defendants' stipulation to move the hearing date from April 9, 2010 to April 30, 2010.

After this Court granted the Stipulation, the parties have continued to discuss settlement of this action.  Osanitsch and Defendants have exchanged drafts of a settlement agreement.  Further, the parties have agreed on the form and content of the final settlement agreement.  The parties are very close to finalizing a settlement agreement, but need additional time to execute the necessary documents to finalize settlement and dismiss this action.  In order to reach final settlement of this action, the parties have agreed, and hereby stipulate, to continue the hearing date on Defendants' Motion for Attorneys' Fees.  Accordingly, Osanitsch and Defendants stipulate and agree to continue the hearing date on Defendants' Motion for Attorneys' Fees from April 30, 2010 to May 28, 2010, or as soon thereafter as the Court finds convenient.

K&L GATES LLP

Dated: April 28, 2010         By: /s/ Jas S. Dhillon
                                  Matthew G. Ball     (SBN 208881)
                                  matt.ball@klgates.com
                                  Harold H. Davis, Jr.   (SBN 235552)
                                  harold.davis@klgates.com
                                  Jas S. Dhillon      (SBN 252842)
                                  jas.dhillon@klgates.com

                                  Attorneys for Defendant MARCONI PLC,
                                  MARCONI COMMUNICATIONS and
                                  TELENT LTD.


THE LAW OFFICES OF JAMES J. SELTZER

Dated: April 28, 2010         By: /s/ James J. Seltzer
                                   James J. Seltzer

                                  Attorney for Plaintiff JOHN OSANITSCH


PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: April 29, 2010         _____
                              The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES
Case No. 3:05-cv-03988-CRB
3