Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
Jas S. Dhillon (SBN 252842)
jas.dhillon@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, 12th Floor
San Francisco, CA  94111
Tel:  (415) 882-8200
Fax:  (415) 882-8220

Attorneys for Defendants MARCONI PLC, MARCONI COMMUNICATIONS and TELENT LTD.

James J. Seltzer (SBN 54533)
jamesjseltzer@gmail.com
**THE LAW OFFICES OF JAMES J. SELTZER**
3300 Powell Street, Suite 201
Emeryville, CA 94608
Telephone:  (510) 596-2500
Facsimile:  (510) 596-2519

Attorneys for Plaintiff JOHN OSANITSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN OSANITSCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARCONI PLC; MARCONI ACQUISITION SUB, INC., MARCONI COMMUNICATIONS; TELEPHON AB L.M. ERICCSON; and TELENT LTD.,<br><br>　　　　Defendants. | Case No.  3:05-cv-03988 (CRB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)** |

1  WHEREAS, on or about December 30, 2004, Plaintiff John Osanitsch ("Osanitsch") commenced an action in the Superior Court of the State of California in and for Sonoma County, entitled *Osanitsch v. Marconi*, Case No. SCV 236042 (the "Complaint");

4  WHEREAS, on or about October 3, 2005, Defendant Marconi plc ("Marconi") filed a Notice of Removal pursuant to 28 U.S.C. § 1441(b) removing Plaintiff's action to the United States District Court for the Northern District of California;

7  WHEREAS, on or about October 14, 2005, this action was assigned to Honorable Charles R. Breyer, Case No. 3:05-cv-03988-CRB, for all further proceedings;

9  WHEREAS, on December 17, 2008, Osanitsch filed his First Amended Complaint;

10  WHEREAS, on January 29, 2009, Marconi filed a motion to dismiss Osanitsch's First Amended Complaint;

12  WHEREAS, on March 20, 2009, after evaluating Marconi's motion to dismiss and holding oral argument, Judge Breyer partially granted the motion to dismiss and dismissed four of the five claims against Marconi; specifically, Judge Breyer held that Osanitsch's claims for fraud and deceit, negligent misrepresentation, breach of the implied covenant of good faith and wrongful discharge were barred by the respective statute of limitations;

17  WHEREAS, on September 18, 2009, Defendants Marconi, Marconi Communications and Telent Ltd. (collectively "Defendants") moved for summary judgment on Osanitsch's remaining claim;

20  WHEREAS, on December 21, 2009, Judge Breyer granted summary judgment in favor of Defendants and against Osanitsch dismissing his remaining breach of contract cause of action;

22  WHEREAS, on December 22, 2009, Judge Breyer entered judgment in favor of Defendants and against Osanitsch;

24  WHEREAS, on January 5, 2010, Defendants filed a motion for attorneys' fees pursuant to the terms of the Employee Separation Agreement and General Release executed by the parties;

26  WHEREAS, on January 19, 2010, Osanitsch appealed the Court's:  (1) Order Partially Granting Marconi's Motion to Dismiss Osanitsch's First Amended Complaint and (2) Order Granting Defendants' Motion for Summary Judgment;

1  WHEREAS Plaintiff and Defendants have reached an agreement that fully and finally
2 resolves the Complaint and, therefore, desire that the Complaint be dismissed with prejudice.
3  IN CONSIDERATION OF THE FOREGOING, the undersigned parties, through their
4 counsel of record, hereby STIPULATE and AGREE as follows:
5  **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants that this entire
6 action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
7 Procedure, with each party to bear its own costs and attorneys' fees.
8  **IT IS SO STIPULATED.**

**THE LAW OFFICES OF
JAMES J. SELTZER**

Dated: June 10, 2010    By: /s/ James J. Seltzer
                            James J. Seltzer

Attorneys for Plaintiff JOHN OSANITSCH


**K&L GATES LLP**

Dated: June 10, 2010    By: /s/ Jas S. Dhillon
                            Jas S. Dhillon

Attorneys for Defendants MARCONI PLC,
MARCONI COMMUNICATIONS AND
TELENT LTD.


PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: __June 22, 2010__    _____
                            The Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION FOR DISMISSAL           3           Case No. 3:05-cv-03988 (CRB)